**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 04-CV-01739-REB-CBS

DAVID BENTLEY

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

---

**Blackburn, J.**

    The matter before me is Hewlett-Packard Company's Motion for Partial Summary Judgment [#20], filed February 10, 2005. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship). I find that the reasons stated, arguments advanced, and authorities cited by defendant in its motion and accompanying brief are well-taken, and they are approved, adopted, and incorporated herein. Further explication would only constitute festooned reiteration, which is unnecessary.

    **THEREFORE, IT IS ORDERED** as follows:

    (1) That Hewlett-Packard Company's Motion for Partial Summary Judgment [#20], filed February 10, 2005, is **GRANTED**;

    (2) That plaintiff's Fourth and Fifth Claims for Relief asserted in the Amended

Complaint are **DISMISSED WITH PREJUDICE**;

      (3) That plaintiff's Third Claim for Relief is **DISMISSED WITH PREJUDICE** to the extent it seeks enhanced damages under the Colorado Wage Claim Act; and

      (4) That HP's Motion to Strike Plaintiff's Response to Motion for Partial Summary Judgment is **DENIED AS MOOT**.

      Dated July 19, 2005, at Denver, Colorado.

      BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge