### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-01739-REB-CBS

DAVID BENTLEY,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

### ORDER

**Blackburn, J.**

On August 12, 2005, plaintiff in this case moved for an extension of time in which to file his response to defendants' motion for summary judgment.  Therein, he represented that the parties had reached a tentative resolution of the case which would moot the necessity of a response to the motion.  I denied without prejudice the requested extension for failure to comply with my civil practice standards.  Since that time, plaintiff's counsel has neither filed a response to the motion for summary judgment nor requested a further extension of time in which to file one.  In order to move this case forward, I issue this order.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the parties **SHALL FILE** a joint status report by no later than close of business on **Tuesday, October 4, 2005**, describing the current status of this case, and in particular, the continuing viability, if any, of the motion for summary judgment; and

(2) That otherwise this case will be administratively closed as provided by D.C.Colo.LCivR. 41.2.

Dated September 21, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge