IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-01739-REB-CBS

DAVID BENTLEY,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On September 22, 2005, the parties filed a **Stipulation for Entry of Judgment And For Dismissal With Prejudice** [#70]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Entry of Judgment And For Dismissal With Prejudice** [#70], filed on September 22, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay his or its own attorney fees and costs;

4. That the Trial Preparation Conference set for February 10, 2006 is **VACATED**;

5. That the jury trial set to commence February 13, 2006, is **VACATED**; and

6. That any pending motion is **DENIED** as moot.

Dated September 26, 2005, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Robert E. Blackburn
                                              Robert E. Blackburn
                                              United States District Judge